# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SARABIA, LEIDY | § | Case No. 9-13-bk-00501-FMD |
| PERRY, GUILLERMO | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/16/2013. The undersigned trustee was appointed on 01/16/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $   18,809.68

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 8,153.00 |
| Bank service fees | 451.84 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,204.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/06/2013 and the deadline for filing governmental claims was 12/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,630.97 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,630.97 , for a total compensation of $ 2,630.97 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 43.22 , for total expenses of $ 43.22 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2015                          By: /s/DIANE L. JENSEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-00501 FMD   Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SARABIA, LEIDY | Date Filed (f) or Converted (c): | 01/16/13 (f) |
|  | PERRY, GUILLERMO | 341(a) Meeting Date: | 02/20/13 |
| For Period Ending: | 10/28/15 | Claims Bar Date: | 06/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3016 NW 6th Place, Cape Coral, FL 33993 Listed on Sched A as 6016 | 87,916.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Suntrust Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Suntrust Savings Account | 30.00 | 5.01 | | 5.01 | FA |
| 4. Furniture, furnishings | 1,250.00 | 2,193.00 | | 2,193.00 | FA |
| 5. 1999 Ford F350, 220k miles | 1,675.00 | 675.00 | | 675.00 | FA |
| 6. 2009 Honda Civic, 36 k miles | 7,975.00 | 5,560.12 | | 5,816.67 | FA |
| 7. CLOTHING (u) | 0.00 | 120.00 | | 120.00 | FA |
| TOTALS (Excluding Unknown Values) | $99,346.00 | $18,553.13 | | $18,809.68 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Filed 10/28/15
Will file Final Report as soon as possible. June 18, 2014 (SH)
Debtor(s) repurchasing non-exempt assets. Last payment due 7/01/2014; July 17, 2013 (SH)
Compromise to be signed-$10000 down and 12 monthly payments starting 8-01-13. July 11, 2013, 07:11
am employ Robert Elgidely as special counselMay 21, 2013, 07:11 am dictated L with Kelley
appraisalMay 02, 2013, 09:31 am do request to produce FEH in JulyApril 25, 2013, 03:25 pm O/E and
Joy LMarch 04, 2013, 09:28 am

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 11/08/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-00501 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SARABIA, LEIDY | Bank Name: | Bank of Kansas City |
|  | PERRY, GUILLERMO | Account Number / CD #: | *******7425 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8153 |  |  |
| For Period Ending: | 10/28/15 | Blanket Bond (per case limit): | $ 48,409,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/11/13 | 1 | LEIDY SARABIA #4736574954 | REPURCHASE<br>Order Doc #62 | 1129-000 | 10,000.00 |  | 10,000.00 |
| 07/22/13 | 4 | LEIDY SARABIA #13289014 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 10,734.14 |
| 07/31/13 | 001001 | READ & KELLEY ESTATE SERVICES<br>ATTN:  JOY AUGUSTINE<br>P. O. Box 3111<br>North Fort Myers, FL 33918 | APPRAISAL FEE<br>per order 5/15/13; doc 46<br>invoice 8665 | 3711-000 |  | 153.00 | 10,581.14 |
| 07/31/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 10.00 | 10,571.14 |
| 08/22/13 | 4, 5 | Leidy Sarabia #20547843210 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 11,305.28 |
| 08/30/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 15.92 | 11,289.36 |
| 09/23/13 | 4 | Leidy Sarabia #20547843761 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 12,023.50 |
| 09/30/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 16.44 | 12,007.06 |
| 10/22/13 | 4, 6 | Leidy Sarabia #21432329201 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 12,741.20 |
| 10/31/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 18.12 | 12,723.08 |
| 11/21/13 | 3, 6 | Leidy Sarabia #21432328187 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 13,457.22 |
| 11/29/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 18.51 | 13,438.71 |
| 12/23/13 | 6 | LEIDY SARABIA #21015593706 | REPURCHASE | 1129-000 | 734.14 |  | 14,172.85 |
| 12/31/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 20.18 | 14,152.67 |
| 01/23/14 | 6 | Guillermo Perry #21432343577 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 14,886.81 |
| 01/31/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 21.21 | 14,865.60 |
| 02/27/14 | 6 | Guillermo Perry #21647437604 | REPURCHASE<br>Order Doc #62<br>Bank lost the deposit sent 2/27/14; the bank credited the account for the lost money order (SH) | 1129-000 | 734.14 |  | 15,599.74 |
| 02/28/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 19.95 | 15,579.79 |
| 03/20/14 | 6 | GUILLERMO PERRY #21647431078 | REPURCHASE<br>ORDER #62 | 1129-000 | 734.14 |  | 16,313.93 |
| 03/31/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 22.80 | 16,291.13 |
| 04/18/14 | 6 | Guillermo Perry #21647442543 | REPURCHASE<br>Order Doc #62 | 1129-000 | 734.14 |  | 17,025.27 |
| 04/30/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 23.74 | 17,001.53 |
| 05/20/14 | 6 | GUILLERMO PERRY #21896789703 | REPURCHASE<br>ORDER #62 | 1129-000 | 734.14 |  | 17,735.67 |
| 05/30/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 25.62 | 17,710.05 |
| 06/17/14 |  | Guillermo Perry #21647432417 | REPURCHASE<br>Order Doc #62 |  | 734.14 |  | 18,444.19 |
|  | 7 |  | Memo Amount:     120.00<br>REPURCHASE | 1229-000 |  |  |  |
|  | 6 |  | Memo Amount:     614.14<br>REPURCHASE | 1129-000 |  |  |  |
| 06/30/14 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 25.89 | 18,418.30 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-00501 -FMD | | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- | --- |
| Case Name: | SARABIA, LEIDY | | Bank Name: | Bank of Kansas City |
| | PERRY, GUILLERMO | | Account Number / CD #: | *******7425 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8153 | | | |
| For Period Ending: | 10/28/15 | | Blanket Bond (per case limit): | $ 48,409,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 27.37 | 18,390.93 |
| 08/29/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 27.33 | 18,363.60 |
| 09/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 26.41 | 18,337.19 |
| 10/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 27.25 | 18,309.94 |
| 11/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 26.33 | 18,283.61 |
| 12/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 27.17 | 18,256.44 |
| 01/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 27.13 | 18,229.31 |
| 02/27/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 24.47 | 18,204.84 |
| 08/11/15 | 001002 | ROBERT F. ELGIDELY, ESQ. GENOVESE JOBLOVE & BATTISTA, P.A. 200 East Broward Boulevard, Ste. 1110 Ft. Lauderdale, FL 33301 | SPECIAL COUNSEL FEES PER ORDER DATED 7/27/15 | 3210-000 | | 7,347.83 | 10,857.01 |
| 08/11/15 | 001003 | ROBERT F. ELGIDELY GENOVESE JOBLOVE & BATTISTA, P.A. 200 East Broward Blvd., Ste. 1110 Fort Lauderdale, FL 33301 | SPECIAL COUNSEL EXPENSES PER ORDER DATED 7/27/15 | 3220-000 | | 652.17 | 10,204.84 |

| | | | Account *******7425 | Balance Forward | | 0.00 | | 3 Checks | | 8,153.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 13 Deposits | | 18,809.68 | | 20 Adjustments Out | | 451.84 |
| Memo Receipts: | | 734.14 | | 0 Interest Postings | | 0.00 | | 0 Transfers Out | | 0.00 |
| Memo Disbursements: | | 0.00 | | Subtotal | $ | 18,809.68 | | Total | $ | 8,604.84 |
| Memo Allocation Net: | | 734.14 | | 0 Adjustments In | | 0.00 | | | | |
| | | | | 0 Transfers In | | 0.00 | | | | |
| | | | | Total | $ | 18,809.68 | | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2015 |
|---|---|---|---|---|---|---|

Case Number:  13-00501  
Debtor Name:  SARABIA, LEIDY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM 001<br>3110-00 | DIANE L. JENSEN | Administrative | | $1,640.00 | $0.00 | $1,640.00 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $4,226.18 | $0.00 | $4,226.18 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $5,247.39 | $0.00 | $5,247.39 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $5,668.41 | $0.00 | $5,668.41 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $14,176.86 | $0.00 | $14,176.86 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $3,719.47 | $0.00 | $3,719.47 |
| 000006<br>070<br>7100-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $249.09 | $0.00 | $249.09 |
| | Case Totals: | | | $34,927.40 | $0.00 | $34,927.40 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-13-bk-00501-FMD
Case Name: SARABIA, LEIDY
   PERRY, GUILLERMO
Trustee Name: DIANE L. JENSEN

Balance on hand $ 10,204.84

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ 2,630.97 | $ 0.00 | $ 2,630.97 |
| Trustee Expenses: DIANE L. JENSEN | $ 43.22 | $ 0.00 | $ 43.22 |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ 1,640.00 | $ 0.00 | $ 1,640.00 |

Total to be paid for chapter 7 administrative expenses $ 4,314.19

Remaining Balance $ 5,890.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 33,287.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.7 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 4,226.18 | $ 0.00 | $ 747.88 |
| 000002 | American InfoSource LP as agent for | $ 5,247.39 | $ 0.00 | $ 928.60 |
| 000003 | FIA CARD SERVICES, N.A. | $ 5,668.41 | $ 0.00 | $ 1,003.10 |
| 000004 | FIA CARD SERVICES, N.A. | $ 14,176.86 | $ 0.00 | $ 2,508.78 |
| 000005 | FIA CARD SERVICES, N.A. | $ 3,719.47 | $ 0.00 | $ 658.21 |
| 000006 | eCAST Settlement Corporation | $ 249.09 | $ 0.00 | $ 44.08 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,890.65 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE